THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEIU LOCAL 1 & PARTICIPATING EMPLOYERS HEALTH TRUST and SEIU LOCAL 1 & PARTICIPATING EMPLOYERS PENSION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>SOS SECURITY, INC.,<br><br>Defendant. | Case No. 1:20-cv-05618<br>Honorable John J. Tharp, Jr. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs SEIU LOCAL 1 & PARTICIPATING EMPLOYERS HEALTH TRUST and SEIU LOCAL 1 & PARTICIPATING EMPLOYERS PENSION TRUST, by and through their undersigned attorney, and Defendant, SOS SECURITY, INC., by and through its undersigned attorney, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action against Defendant with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

| | |
|---|---|
| By: /s/ Susan M. Matta<br>Plaintiffs' Attorney<br>Asher, Gittler & D'Alba, Ltd.<br>200 W. Jackson Blvd., Suite 720<br>Chicago, IL 60606<br>smm@ulaw.com | By: /s/ Matthew D. Crawford<br>    /s/ Julie Hunter-Anderson<br>Defendant's Attorneys<br>Martenson, Hasbrouck & Simon LLP<br>2573 Apple Valley Road NE<br>Atlanta, GA 30319<br>mcrawford@martensonlaw.com<br>jhunter-anderson@martensonlaw.com |

Dated: January 12, 2022

## **CERTIFICATE OF SERVICE**

      I, Susan M. Matta, an attorney, certify that on January 12, 2022, I filed the foregoing ***Stipulation of Dismissal With Prejudice*** electronically with the Clerk of Court using the CM/ECF system, and served a copy of the foregoing electronically upon all counsel of record, and via first class mail to the following individuals this 12th day of January 2022:

                **Matthew D. Crawford**
                **Julie Hunter-Anderson**
                **Martenson, Hasbrouck & Simon LLP**
                **2573 Apple Valley Road NE**
                **Atlanta, GA 30319**
                **mcrawford@martensonlaw.com**
                **jhunter-anderson@martensonlaw.com**

                                                  */s/ Susan M. Matta*